UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| EVAN NG,<br><br>      Plaintiff,<br>v.<br><br>BOARD OF REGENTS OF THE UNIVERSITY OF MINNESOTA; MARK COYLE in his official capacity as Director of Athletics for the University of Minnesota; and JOAN T.A. GABLE in her official capacity as President of the University of Minnesota,<br><br>      Defendants. | Case No. 21-cv-02404-SRN-BRT<br><br>**NOTICE OF HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 65(a), Plaintiff Evan Ng, by and through his attorneys, will bring his Motion for Preliminary Injunction before the Honorable Susan Richard Nelson, Judge of the United States District Court in the District of Minnesota, on January 10, 2022, at 1:00 P.M., or as soon as counsel may be heard, via videoconference.

DATED: November 9, 2021

      Respectfully submitted,

      s/ Caleb R. Trotter
      CALEB R. TROTTER (Cal. Bar No. 305195*)
      ERIN E. WILCOX (Cal. Bar No. 337427*)
      **PACIFIC LEGAL FOUNDATION**
      555 Capitol Mall, Suite 1290

Sacramento, California 95814
Telephone: (916) 419-7111
Facsimile: (916) 419-7747
Email:  CTrotter@pacificlegal.org
Email:  EWilcox@pacificlegal.org
*Pro Hac Vice


SAMUEL W. DIEHL (#388371)
**CROSSCASTLE PLLC**
333 Washington Avenue North
Suite 300-9078
Minneapolis, MN 55401
Telephone: (612) 429-8100
Email: sam.diehl@crosscastle.com

*Attorneys for Plaintiff Evan Ng*