## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Evan Ng,

           Plaintiff,

v.

Board of Regents of the University of Minnesota; Mark Coyle in his official capacity as Director of Athletics for the University of Minnesota; and Joan T.A. Gable in her official capacity as President of the University of Minnesota,

           Defendants.

Civ. No. 21-2404 SRN/BRT

**ORDER ON STIPULATION TO AMEND CASE CAPTION**

This matter is before the Court on the parties' Stipulation to Amend Case Caption (Doc. No. 53.)

**IT IS HEREBY ORDERED** that:

The above-captioned matter shall now read as follows:

Evan Ng,

           Plaintiff,

vs.

Board of Regents of the University of Minnesota; Mark Coyle in his official capacity as Director of Athletics for the University of Minnesota; and Joan T.A. Gabel in her official capacity as President of the University of Minnesota,

Defendants.

Dated: March 9, 2022

*s/ Becky R. Thorson*
BECKY R. THORSON
U.S. Magistrate Judge