# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 22-1505

Evan Ng

Appellant

v.

Board of Regents of the University of Minnesota, et al.

Appellees

---

Appeal from U.S. District Court for the District of Minnesota
(0:21-cv-02404-SRN)

---

**MANDATE**

In accordance with the opinion and judgment of April 5, 2023, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

April 26, 2023

Clerk, U.S. Court of Appeals, Eighth Circuit