## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Evan Ng,                                        Case No. 21-CV-2404 (SRN/TNL )

          Plaintiff,

     v.                                              **ORDER**

Board of Regents of the University of
Minnesota; Mark Coyle, in his official
capacity as Director of Athletics for the
University of Minnesota; and Joan T.A.
Gabel, in her official capacity as President
of the University of Minnesota.

          Defendants.

---

This matter is before the Court upon the Notice filed by Plaintiff of his

voluntary dismissal of this matter pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Accordingly, this action is DISMISSED, without prejudice, and with each

party to bear their own costs, disbursements, and attorneys' fees.


                              BY THE COURT:


Dated: Wednesday, May 10, 2023      _s/ Susan Richard Nelson_
                                    Susan Richard Nelson
                                    United States District Judge